**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
HUGO A. GONZALEZ,              )    No. CV 11-4563-DOC(CW)
                               )
            Petitioner,        )    JUDGMENT
                               )
     v.                        )
                               )
DERRAL ADAMS (Warden),         )
                               )
            Respondent.        )
_____)
```

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: August 10, 2011

                                                      _____
                                                         DAVID O. CARTER
                                                  United States District Judge